UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE No. 8:25-mj-2871-TGW

MICHELLE BRANNON
_____

ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendants' initial appearance.  For the following reasons, the defendant should be detained without bail.

The defendant has been charged with counts to conspire to commit forced labor and multiple counts of forced labor. The government requested that the defendant be detained. The defendant did not challenge the government's request for detention at this time but requested, and were granted, the right to have the matter of bail reconsidered in the charging district.

It is, therefore, upon consideration,

ORDERED:

1. That defendant, MICHELLE BRANNON, shall be **DETAINED** without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this <u>28th</u> day of August 2025.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE